UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF TENNESSEE *ex rel.* Vicki Lynn Forester<br><br>Plaintiffs,<br><br>v.<br><br>Chang-Wen Chen and Chang Wen Chen, M.D., P.C.<br><br>Defendants. | Civil Action No. 3:18-CV-51<br>Greer/Guyton |

## JOINT STIPULATION OF DISMISSAL

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee; the State of Tennessee, by and through Herbert H. Slatery III, Attorney General and Reporter for the State of Tennessee; and Relator Vicki Lynn Forester, by and through her undersigned counsel (collectively, the "Parties"), pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure hereby stipulate that the parties have entered into the settlement agreement attached to the respective Notices of Intervention for Purposes of Settlement filed by the United States and the State of Tennessee [Doc. ], and the above-styled action shall be dismissed, subject to the terms of the agreements, as follows, with each party to bear its own costs:

(1) As to the United States and the State of Tennessee, the action is dismissed with prejudice only as to the Covered Conduct released in the respective Settlement Agreements;

(2) As to the Relator, the action is dismissed in its entirety, with prejudice.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By:   s/ L. Margaret Harker
L. Margaret Harker, Virginia Bar No. 82188
Jeremy S. Dykes, Maryland Bar Member
Assistant United States Attorneys
Office of United States Attorney
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Margaret.Harker@usdoj.gov
Jeremy.Dykes@usdoj.gov

HERBERT H. SLATERY III
Attorney General and Reporter

  s/ Philip Bangle (with permission)
By:   Philip Bangle (BPR #31636)
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3054
(615) 532-4892 (facsimile)
Philip.Bangle@ag.tn.gov

ATTORNEYS FOR RELATOR

By:   s/ Michael Hamilton (with permission)
Michael Hamilton
Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Ste. 303
Nashville, TN 37215
mhamilton@pulf.com

<pre>
                    By:     s/ Patrick Barrett (with permission)
                            Patrick Barrett
                            Barrett Law Office, PLLC
                            4205 Hillsboro Pike, Ste. 303
                            Nashville, TN 37215
                            pbarrett@barrettlawofficetn.com
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

<pre>
                             s/ L. Margaret Harker
                            L. Margaret Harker
                            Assistant U.S. Attorney
</pre>